# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **DERRICK STEWART,**<br><br>   Appellant,<br>vs.<br><br>**UNITED STATES,**<br><br>   Appellee. | **APPEAL NO. 21-2791**<br><br><br>**APPELLANT'S NOTICE OF JOINT APPENDIX PREPARATION** |

**COMES NOW** the Appellant and, pursuant to Rule 30 of the Federal Rules of Appellate Procedure and having conferred with counsel for the Appellee, provides notice that the parties will prepare a joint appendix as defined in the 8th Circuit Court of Appeals Rule 30A(b)(2).

        PARRISH KRUIDENIER DUNN GENTRY
        BROWN BERGMANN & MESSAMER,
        L.L.P.

        BY /s/ *Jessica Donels*
         Jessica Donels   AT0013389
         2910 Grand Avenue
         Des Moines, Iowa 50312
         (515) 284-5737
         (515) 284-1704 (Fax)
         jdonels@parrishlaw.com
         **ATTORNEY FOR APPELLANT**

**PROOF OF SERVICE**

  The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | (X) | first class mail to client |
| ( ) | certified mail, return receipt requested ( ) | | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | ( ) | e-mail |

on the 12th day of August, 2021.

  I declare that the statements above are true to the best of my information, knowledge and belief.

                   /s/ Anita Soderblom

Clifford Cronk              Derrick Stewart
Assistant United States Attorney      Appellant (service by US mail)
United States Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: cliff.cronk@usdoj.gov

## Certificate of Compliance

 1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because the document contains <u>45</u> words, excluding the parts of the document exempted by Fed. R. App. P. 32(f)

 2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word in font size 14, Times New Roman style.

.
BY:/s/ *Jessica Donels*
Dated: August 11, 2021
ATTORNEY FOR APPELLANT